SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ARIF MOIN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary; <br> EMILIO GONZALES, Director, CIS; <br> ROSEMARY MELVILLE, District Director; <br> FRANK SICILIANO, Field Office Director, <br> Department of Homeland Security; <br> ROBERT S. MUELLER, Director, <br> Federal Bureau of Investigations; <br><br> Defendants. | No. C 07-3202 PVT <br><br> **ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

**INTRODUCTION**

1. Paragraph Seven consists of Plaintiff's conclusion of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny that they have withheld the action to Plaintiff's detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two with the exception that at the time of

ANSWER
C07-3202 PVT                                                        1

the filing of the naturalization application, the application states that plaintiff has only one USC child.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

## JURISDICITON

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations contained in this paragraph.

## INTRADISTRICT ASSIGNMENT

9. The allegations contained in Paragraph Nine consist solely of Plaintiff's allegations regarding intradistrict assignment for which no answer is necessary.

## VENUE

10. Paragraph Ten consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations contained in this paragraph.

## EXHAUSTION OF REMEDIES

11. Defendants deny the allegations in Paragraph Eleven.

## CAUSE OF ACTION

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

1    17.  Defendants admit the allegations in Paragraph Seventeen.

2    18.  Defendants are without sufficient information to admit or deny the allegations in
3    Paragraph Eighteen.

4    19.  Defendants are without sufficient information to admit or deny the allegations in
5    Paragraph Nineteen.

6    20.  Defendants are without sufficient information to admit or deny the allegations in
7    Paragraph Twenty.

8    21.  Defendants are without sufficient information to admit or deny the allegations in
9    Paragraph Twenty-One.

10    22.  Defendants admit the allegations in Paragraph Twenty-Two.

11    23.  Paragraph Twenty-Three consists of Plaintiff's conclusion of law for which no answer is
12    required; however, to the extent that such allegations are deemed to require an answer, Defendants
13    deny the allegations contained in this paragraph.

14    24.  Defendants admit the allegations in Paragraph Twenty-Four with the exception that a
15    request by USCIS was submitted to the FBI prior to plaintiff's interview.

16    25.  Paragraph Twenty-Five consists of Plaintiff's conclusions of law for which no answer is
17    required; however, to the extent that such allegations are deemed to require an answer, Defendants
18    deny the allegations contained in this paragraph.

19    26.  Paragraph Seven consists of Plaintiff's conclusions of law and/or characterizations of the
20    lawsuit for which no answer is required; however, to the extent that such allegations are deemed to
21    require an answer, Defendants deny the allegations contained in this paragraph.

**PRAYER**

The remaining paragraphs consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The Court lacks jurisdiction over the subject matter of this action.

ANSWER
C07-3202 PVT                                    3

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 27, 2007                              Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                    _____/s/_____
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants