1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 AHMED ARIF MOIN,                      )
                                         ) No. C 07-3202 PVT
13              Plaintiff,               )
                                         )
14         v.                            ) ORDER GRANTING
                                         )
15 MICHAEL CHERTOFF, Secretary;          ) **PARTIES' JOINT REQUEST TO BE**
   EMILIO GONZALES, Director, CIS;       ) **EXEMPT FROM FORMAL ADR**
16 ROSEMARY MELVILLE, District Director; ) **PROCESS**
   FRANK SICILIANO, Field Office Director,)
17 Department of Homeland Security;      )
   ROBERT S. MUELLER, Director,          )
18 Federal Bureau of Investigations;     )
                                         )
19              Defendants.              )
                                         )
20

21     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24 options provided by the court and private entities, and considered whether this case might benefit

25 from any of them.

26     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

27 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate his

28 application for adjustment of status. Given the substance of the action and the lack of any potential

Parties' Request for ADR Exemption
C07-3202 PVT                             1

1  middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court
2  resources.
3      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
4  ADR Multi-Option Program and that they be excused from participating in the ADR phone
5  conference and any further formal ADR process.

6  Dated: September 4, 2007                    Respectfully submitted,

7                                              SCOTT N. SCHOOLS
                                               United States Attorney
8

9
                                                    /s/
10                                             ILA C. DEISS
                                               Assistant United States Attorney
11                                             Attorney for Defendants

12

13  Dated: September 4, 2007                        /s/
                                               CHRISTINA H. LEE
14                                             Attorney for Plaintiff

15

16                                  **ORDER**

17      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
18  ADR Multi-Option Program and are excused from participating in the ADR phone conference and
19  any further formal ADR process.
20  **SO ORDERED.**

21  Date: September 7, 2007
                                               /s/ Patricia V. Trumbull
22                                             PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

Parties' Request for ADR Exemption
C07-3202 PVT                                   2