| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AHMED ARIF MOIN, | ) | |
| | ) | No. C 07-3202 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | |
| MICHAEL CHERTOFF, Secretary; | ) | **PARTIES' JOINT REQUEST TO BE** |
| EMILIO GONZALES, Director, CIS; | ) | **EXEMPT FROM FORMAL ADR** |
| ROSEMARY MELVILLE, District Director; | ) | **PROCESS** |
| FRANK SICILIANO, Field Office Director, | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director, | ) | |
| Federal Bureau of Investigations; | ) | |
| | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate his application for adjustment of status. Given the substance of the action and the lack of any potential

Parties' Request for ADR Exemption
C07-3202 PVT                                         1

middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 4, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                            /s/
                                            ILA C. DEISS
                                            Assistant United States Attorney
                                            Attorney for Defendants


Dated: September 4, 2007                            /s/
                                            CHRISTINA H. LEE
                                            Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date: September 7, 2007

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

Parties' Request for ADR Exemption
C07-3202 PVT                                    2