SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ARIF MOIN,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO GONZALES, Director, CIS;<br>ROSEMARY MELVILLE, District Director;<br>FRANK SICILIANO, Field Office Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations;<br><br>          Defendants. | No. C 07-3202 PVT<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about June 18, 2007. The Defendants filed their response on August 26, 2007.

2. Pursuant to this Court's June 17, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 18, 2007, and attend a case management conference on September 25, 2007.

3. USCIS placed an expedite request with the FBI on September 12, 2007, for a completion of

Plaintiff's name check.

4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, and resolve this matter with further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:　　October 23, 2007

Case Management Conference:　　October 30, 2007 at 2:00 p.m.

Dated: September 18, 2007　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　ILA C. DEISS
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

Dated: September 19, 2007　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA H. LEE
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Stipulation to Extend Dates
C07-3202 PVT　　　　　　　　　　2