1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  AHMED ARIF MOIN,                )
                                    )  No. C 07-3202 PVT
13           Plaintiff,             )
                                    )
14       v.                         )
                                    )  **STIPULATION TO EXTEND DATES;**
15  MICHAEL CHERTOFF, Secretary;    )  **and [PROPOSED] ORDER**
EMILIO GONZALES, Director, CIS;     )
16  ROSEMARY MELVILLE, District Director; )
FRANK SICILIANO, Field Office Director, )
17  Department of Homeland Security;    )
ROBERT S. MUELLER, Director,        )
18  Federal Bureau of Investigations;   )
                                    )
19           Defendants.            )
                                    )
20

21       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to the following:

23       1. Plaintiff filed this action on or about June 18, 2007.  The Defendants filed their response on

24  August 26, 2007.

25       2. Pursuant to this Court's June 17, 2007 Order Setting Initial Case Management Conference,

26  the parties are required to file a joint case management statement on September 18, 2007, and

27  attend a case management conference on September 25, 2007.

28       3. USCIS placed an expedite request with the FBI on September 12, 2007, for a completion of

Stipulation to Extend Dates
C07-3202 PVT                          1

1 | Plaintiff's name check.

2 |     4. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to
3 | receive the completed name check result for the Plaintiff, and resolve this matter with further
4 | litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's
5 | scheduling order as follows:

6 |     Last day to file/serve Joint Case Management Statement:    October 23, 2007
7 |     Case Management Conference:    October 30, 2007 at 2:00 p.m.

9 | Dated: September 18, 2007                        /s/
10 |                                         ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants

12 | Dated: September 19, 2007                        /s/
13 |                                         CHRISTINA H. LEE
                                        Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: September 24, 2007                       /s/ Patricia V. Trumbull
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge