1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  AHMED ARIF MOIN,                          )
                                              )  No. C 07-3202 PVT
13                 Plaintiff,                 )
                                              )
14          v.                                )  **JOINT CASE MANAGEMENT**
                                              )  **CONFERENCE STATEMENT and**
15  MICHAEL CHERTOFF, Secretary;              )  **PROPOSED ORDER**
    EMILIO GONZALES, Director, CIS;           )
16  ROSEMARY MELVILLE, District Director;     )
    FRANK SICILIANO, Field Office Director,   )
17  Department of Homeland Security;          )
    ROBERT S. MUELLER, Director,              )
18  Federal Bureau of Investigations;         )
                                              )
19                 Defendants.                )
                                              )
20

21      **1.  Jurisdiction and Service**

22          The basis for this Court's jurisdiction is 8 U.S.C. § 1447(b), which provides that if the United

23  States Citizenship and Immigration Services (USCIS) has failed to make a determination on an

24  individual's application for naturalization within 120 days after the date on which the applicant is

25  examined, the applicant may apply to the United States District Court for a hearing on the matter.

26  The District Court "may either determine the matter or remand the matter, with appropriate

27  instructions, to the Service to determine the matter."  8 U.S.C. § 1447(b); *United States v.*

28  *Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004); *Zhai v. USCIS*, 2004 WL 1960195 (N.D. Cal.

Joint Case Management Statement
C07-3202 PVT                          1

1 | 2004).  The parties do not dispute that venue is proper in this district.  No issues exist regarding

2 | personal jurisdiction or venue, and no parties remain to be served.

3 | **2. Facts**

4 | The plaintiff is a lawful permanent resident of the United States who filed an application for

5 | naturalization with USCIS on June 4, 2003.  The USCIS has not yet adjudicated the plaintiff's

6 | naturalization application.

7 | **3. Legal Issues**

8 | 1.  Whether the USCIS or this Court may adjudicate a naturalization application before all of

9 | the necessary background checks of the applicant have been completed.

10 | 2.  Whether this Court may compel the USCIS to adjudicate a naturalization case within a

11 | certain time frame when the USCIS has failed to make a decision within the statutory 120-day

12 | period after the date of the initial examination of the application.

13 | **4. Motions**

14 | The defendants will file a motion asking this Court to remand this matter back to USCIS with

15 | instruction to adjudicate the application for naturalization promptly upon receipt of the FBI

16 | background check.

17 | **5. Amendment of Pleadings**

18 | No parties, claims or defenses are expected to be added or dismissed.

19 | **6. Evidence Preservation**

20 | The parties do not have any evidence that falls within this category.

21 | **7. Disclosures**

22 | The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to

23 | this case.

24 | **8. Discovery**

25 | The parties do not intend to take any discovery in this case at this time.

26 | **9. Class Actions**

27 | N/A

28 | ///

Joint Case Management Statement
C07-3202 PVT                                    2

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct defendants to adjudicate his application for naturalization.

**12. Settlement and ADR**

The parties filed a request to be exempt from the formal ADR process on September 4, 2007.

**13. Consent to Magistrate Judge for All Purposes**

The parties will consent to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The defendants believe this case can be resolved on their motion to remand.

**17. Scheduling**

The parties propose the following schedule on the defendants' motion to remand.

| | |
|---|---|
| Defendants' Motion to Remand: | November 13, 2007 |
| Plaintiff's Opposition: | November 27, 2007 |
| Defendants' Reply: | December 4, 2007 |
| Hearing: | December 18, at 10:00 a.m. |

**18. Trial**

The parties request that this Court set a date for an evidentiary hearing should the matter not resolve through motions.

**19. Disclosure of Non-Party Interested Entities or Persons**:

1    The Plaintiff intends to file the "Certification of Interested Entities or Persons" required by

2    Civil Local Rule 3-16.

3    **20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of**

4    **this matter**

5    None.

6

7    Dated: October 23, 2007                                          /s/
                                                          ILA C. DEISS
8                                                         Assistant United States Attorney
                                                          Attorney for Defendants
9

10
     Dated: October 23, 2007                                         /s/
11                                                        CHRISTINA H. LEE
                                                          Attorney for Plaintiff
12

13                                            **ORDER**

14
         The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as
15
     the Case Management Order for the case, and the parties are ordered to comply with this Order.
16

17

18   Date:                                                 _____
                                                          PATRICIA V. TRUMBULL
19                                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Joint Case Management Statement
C07-3202 PVT                                4