1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 AHMED ARIF MOIN,                    )
                                       ) No. C 07-3202 PVT
13              Plaintiff,             )
                                       )
14      v.                             )
                                       ) STIPULATION TO DISMISS AND
15 MICHAEL CHERTOFF, Secretary;        ) VACATE CASE MANAGEMENT
   EMILIO GONZALES, Director, CIS;     ) CONFERENCE; and [PROPOSED]
16 ROSEMARY MELVILLE, District Director;) ORDER
   FRANK SICILIANO, Field Office Director,)
17 Department of Homeland Security;    )
   ROBERT S. MUELLER, Director,        )
18 Federal Bureau of Investigations;   )
                                       )
19              Defendants.            )
                                       )
20 ─────────────────────────────

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice because the United States Citizenship and Immigration Services agrees to

24 adjudicate Plaintiff's application for naturalization within 30 days of the dismissal of this action.

25 *See* 8 U.S.C. § 1447(b). The Federal Bureau of Investigations completed Plaintiff's name check

26 on October 29, 2007.

27     The parties also request that the Court vacate the case management conference scheduled for

28 October 30, 2007.

Stipulation to Dismiss
C07-3202 PVT                            1

1 | Dated: October 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 30, 2007

/s/
CHRISTINA H. LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/30/07

*(signature)*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-3202 PVT

2