SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AHMED ARIF MOIN,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO GONZALES, Director, CIS;<br>ROSEMARY MELVILLE, District Director;<br>FRANK SICILIANO, Field Office Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations;<br><br>            Defendants. | No. C 07-3202 PVT<br><br>STIPULATION TO DISMISS AND VACATE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services agrees to adjudicate Plaintiff's application for naturalization within 30 days of the dismissal of this action. *See* 8 U.S.C. § 1447(b). The Federal Bureau of Investigations completed Plaintiff's name check on October 29, 2007.

The parties also request that the Court vacate the case management conference scheduled for October 30, 2007.

Stipulation to Dismiss
C07-3202 PVT                                              1

1 | Dated: October 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: October 30, 2007

/s/
CHRISTINA H. LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/30/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-3202 PVT

2